AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| HoganWillig, PLLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> Letitia A. James, in her official capacity as the Attorney General and Andrew M. Cuomo, in his official capacity as the Governor of the State of New <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 20-cv-00577 ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Letitia A. James, in her official capacity as the Attorney General for the State of New York
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/14/2020    *Mary C Loewenguth*
                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| HoganWillig, PLLC <br><br> *Plaintiff(s)* <br> v. <br> Letitia A. James, in her official capacity as the Attorney General and Andrew M. Cuomo, in his official capacity as the Governor of the State of New <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-cv-00577 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrew M. Cuomo, in his official capacity as the Governor of the State of New York
NYS Capitol Building
Albany, NY 12224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/14/2020

*Signature of Clerk or Deputy Clerk*